IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DOMINIQUE SMITH**                                                                                       **PLAINTIFF**

v.                                          No. 4:22-cv-1273-JM

**MARTIN O'MALLEY**
**Commissioner of the Social Security**
**Administration**                                                                                          **DEFENDANT**

## ORDER

Pending before the Court is Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act ("EAJA"). (Doc. No. 22). Defendant has responded. (Doc. No. 24).

Plaintiff requests $12,407.82 for attorney and paralegal fees. Defendant does not object to Plaintiff's requested hourly rate but does object to the amount of the time—46.5 hours—for which counsel has requested compensation. After reviewing the time log attached to Plaintiff's motion (Doc. No. 23-4), the Court finds that a reduction in compensable time spent on briefing in this case is warranted. The Court further finds that 25 hours reflects the number of hours reasonably expended in this case for the reasons argued by Defendant.

With this reduction in time from 46.5 hours to 25 hours, Plaintiff's Motion for Attorney's Fees is GRANTED. Plaintiff is awarded $6,863.84 in attorney fees, $730.00 in paralegal fees, and $63.07 in mailing expenses under the EAJA, for a total of $7,656.91. The fee award is payable to Plaintiff and should be mailed to the care of Plaintiff's counsel, subject to any offset to satisfy any pre-existing debt owed to the United States.

IT IS SO ORDERED this 5th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE